**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-mj-00077-WBG** |
| | ) | |
| **HOWARD HOUT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE**

As a result of criminal charges having been filed against the above Defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

Date: November 13, 2026
Kansas City, MO

*/s/ Willie J. Epps*_______
Willie J. Epps
Chief United States Magistrate Judge